# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

130108 & (31) (32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTONIO L. THOMAS and ANTONIO
L. THOMAS ASSOCIATED,
      Plaintiffs-Appellants,

v

LA-VAN HAWKINS and
URBAN CITY FOODS, LLC,
      Defendants-Appellees,

and

MELVIN BUTCH HOLLOWELL,
      Receiver-Appellee.

SC: 130108
COA: 266779
Wayne CC: 02-220633-CZ

_____/

      On January 31, 2006, this Court directed the Wayne Circuit Court to reconsider whether Melvin Butch Hollowell had a conflict of interest and to make findings addressing specified issues within 35 days. On order of the Court, plaintiffs' motions for immediate consideration and to modify order are GRANTED. This Court's January 31, 2006 order is MODIFIED to DIRECT the circuit court to submit its findings of fact and conclusions of law to this Court within 97 days of the January 31, 2006 order, or by May 8, 2006. The application for leave to appeal the December 2, 2005 order of the Court of Appeals remains under consideration.

      We retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

_____
Clerk

s0301